**Abiola D. BALOGUN–AWOSIKA, Plaintiff–Appellant,**

v.

**UNIVERSITY OF MARYLAND MEDICAL SYSTEM, Defendant–Appellee.**

No. 02–1768.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 29, 2003.

Decided April 14, 2003.

Joseph T. Mallon, Jr., Charles J. Goetz, II, Baltimore, Maryland, for Appellant. Peter E. Keith, Willie W. Williams, Gallagher, Evelius & Jones, L.L.P., Baltimore, Maryland, for Appellee.

Before WIDENER, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Abiola D. Balogun–Awosika appeals the district court's order granting the University of Maryland Medical System's motion for summary judgment in her civil action in which she alleged she was wrongfully terminated from a residency program in violation of the Family Medical Leave Act of 1993. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Balogun–Awosika v. University of Md. Med. Sys.*, No. CA–01–1886–JFM (D. Md. June 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*